NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ULYSSES PADILLA, | ) | No. C 09-02899 JF (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, et al., | ) ) ) ) | |
| Defendants. | ) ) | (Docket No. 2) |

On June 29, 2009, Plaintiff, a state prisoner, filed the instant civil rights action pursuant to 42 U.S.C. § 1983. On the same day, the clerk of the Court sent a notification to Plaintiff that his In Forma Pauperis Application, (Docket No. 3), was deficient because Plaintiff had failed to submit a Certificate of Funds in Prisoner's Account and a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 4.) The notification included the warning that the case would be dismissed if Plaintiff failed to respond within thirty days. The notification was returned as undeliverable on July 21, 2009. On July 27, 2009, Plaintiff filed a notice of change of address. (Docket No. 6.)

The clerk resent the notification regarding the deficient In Forma Pauperis

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.09\Padilla02899_dism-ifpdef.wpd

1 Application on October 9, 2009, such that Plaintiff's response was due no later than
2 November 8, 2009.
3       The deadline has since passed, and Plaintiff has not paid the filing fee nor
4 filed a completed <u>in</u> <u>forma</u> <u>pauperis</u> application.  Accordingly, this case is
5 DISMISSED without prejudice for failure to pay the filing fee.
6       The Clerk shall terminate any pending motions and close the file.
7       IT IS SO ORDERED.

9 DATED: 11/23/09

   JEREMY FOGEL
10 United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE U. PADILLA,

        Plaintiff,

 v.

USA, et al.,

        Defendants.
                                                   /

Case Number: CV09-02899 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  11/30/09 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Ulysses Padilla
3161 Henderson Drive
Richmond, CA 94806

Dated:  11/30/09

                                      Richard W. Wieking, Clerk